IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISON

| | |
|---|---|
| **ERIC LEE BROWN, # 216794,** | * |
| | * |
|     Petitioner, | * |
| | * |
| vs. | * CIVIL ACTION NO. 17-00462-WS-B |
| | * |
| **MARY COOKS,** | * |
| | * |
|     Respondent. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 8, 2020 (Doc. 17) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner Eric Lee Brown's habeas corpus petition (Doc. 1) be **DENIED,** that this action be **DISMISSED,** and that Brown is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

    **DONE** this  27th  day of  October   , **2020.**

                                                         s/William H. Steele
                                              **UNITED STATES DISTRICT JUDGE**